Loren S. Scott, OSB #024502
lscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Of Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| In re:<br><br>Gary Andrew Crossan<br>and Staci Lynn Crossan,<br><br>             Debtors in Possession. | Case No. 26-60375-pcm12<br><br>**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. #25)** |

Gary Andrew Crossan and Staci Lynn Crossan. ("Debtors"), by and through the undersigned, hereby respond to the Motion for Relief from Automatic Stay filed by U.S. Bank Trust N.A. as trustee for Park Funding II Trust ("Creditor") on their property located at 29930 Bartels Creek Dr., Lebanon, OR 97355 (the "Property") (Doc. #25) (the "Motion").  This response is supported by the Declaration of Gary Crossan filed herewith ("Crossan Dec.") and the following:

Debtors do not dispute the post-petition default on their loan payments, the value of the Property, or the amount of the liens on the Property.  Crossan Dec. ¶2.  Debtors dispute that the value of the Property is declining.  Crossan Dec. ¶3.  The Property is insured.  Crossan Dec. ¶4. Creditor is adequately protected by an equity cushion as Debtors intend to strip off the judgment liens of Nutrien Ag Solutions and Valley Agronomics through their plan as those judgment liens

**RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. #25)**



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

fully impair their homestead exemption.  Crossan Dec. ¶5.  Following the removal of those judgment liens, there will be nearly $200,000 of equity in the Property.  Crossan Dec. ¶6.

Debtor Gary Andrew Crossan is currently looking for work and will either resume his own farming operation, start a new business venture, or obtain employment within the next 90 days.  Crossan Dec. ¶7.  He anticipates sufficient income to be able to make the monthly payments to Creditor and the payments required to cure the arrearage on the loan at the time of confirmation of a plan.  Crossan Dec. ¶8.

Based on the above, Debtors request entry of an order either denying the Motion or deferring ruling on the Motion until the time set for a hearing on confirmation of the Debtors' plan.

DATED this 8th day of April, 2026.

SCOTT LAW GROUP, LLP

By:   /s/ Loren S. Scott
Loren S. Scott, OSB #024502
Of Attorneys for Debtors in Possession



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Loren S. Scott, OSB #024502
lscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Gary Andrew Crossan<br>and Staci Lynn Crossan,<br><br>　　　　　Debtors in Possession. | Case No. 26-60375-pcm12<br><br>**DECLARATION OF GARY ANDREW CROSSAN IN SUPPORT OF RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY (DOC. #25)** |

I, Gary Andrew Crossan, under penalty of perjury state as follows:

1.      I am one of the Debtors herein and make the statements below based on my personal knowledge.  I make the following declaration in support of our response to the motion for relief from stay filed by U.S. Bank Trust N.A. as trustee for Park Funding II Trust on our property located at 29930 Bartels Creek Dr., Lebanon, OR 97355 (the "Property").

2.      I do not dispute the post-petition default on our loan payments, the value of the Property, or the amount of the liens on the Property.

3.      I do not believe the value of the Property is declining.

4.      The Property is insured.

5.      I intend to include provisions in my plan to strip off the judgment liens of Nutrien Ag Solutions and Valley Agronomics since those judgment liens fully impair our homestead exemptions.

6.      Following the removal of those judgment liens, there will be nearly $200,000 of equity in the Property.

**DECLARATION OF GARY ANDREW CROSSAN**　　　　Page **1** of **2**



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com

7.      I am currently looking for work and will either resume my own farming operation, start a new business venture, or obtain employment within the next 90 days.

8.      I anticipate such new work will provide me and my wife with sufficient income to be able to make the monthly payments to Creditor and the payments required to cure the arrearage on the loan at the time of confirmation of a plan.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.**

DATED this 8th day of April, 2026.

By:     /s/ Gary Andrew Crossan
        Gary Andrew Crossan

**DECLARATION OF GARY ANDREW CROSSAN**      Page **2** of **2**



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, the foregoing **RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** was served on the following:

☐ Via First Class Mail to:

☐ Via Facsimile to:

☒ **Via ECF Notification to:**

| | |
|---|---|
| Virginia Andrews Burdette | vab@andrewsburdette.com, ta@andrewsburdette.com; waseecf@trustee13.com |
| BRADLEY S COPELAND | bcopeland@arnoldgallagher.com, bdavis@arnoldgallagher.com |
| JUSTIN D LEONARD | Justin.Leonard@doj.oregon.gov, OR_DOJ_ECFNotices@doj.oregon.gov |
| ALEC S. MARLEGA | amarlega@arnoldgallagher.com |
| LOREN S SCOTT | ecf@scott-law-group.com |
| NATHAN FREDERICK JONES SMITH | nathan@mclaw.org, OR_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com |
| PATRICK L STEVENS | pstevens@eugene-law.com, lluttmer@eugenelaw.com, ncheever@eugenelaw.com, aprice@eugenelaw.com |
| US Trustee, Eugene | USTPRegion18.EG.ECF@usdoj.gov |

☐ Via E-mail to:

DATED:  April 8, 2026

/s/ Loren S. Scott
Loren S. Scott, OSB# 024502



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com