Loren S. Scott, OSB #024502
lscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004

Of Attorneys for Debtors in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

Gary Andrew Crossan
Staci Lynn Crossan,

Debtors in Possession.

Case No. 26-60375-pcm12

**DEBTORS' SUBMISSION PURSUANT TO ORDER SETTING CASE MANAGEMENT CONFERENCE (Doc. #24)**

Gary Andrew Crossan and Staci Lynn Crossan, Debtors in Possession (hereinafter Debtors or DIPs), hereby submit the following:

1.      The Debtors' cash flow projections for April 2026 through July 2026 have not yet been determined as Debtor Gary Crossan is still looking for employment and/or new farming options.  Debtor Staci Crossan has a net paycheck from her employment of approximately $2,025 per month.

2.      The Debtors' historical financial information for the periods of 2023 and 2024 is attached as **Exhibit 1**.  The Debtors have not yet prepared their personal tax returns for 2025 so have not yet determined financial performance for last year.

3.      The Debtors' statement of income and expenses since the date of filing was filed with the court as ECF #29.



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com

4.      The Debtors have applied to employ The Scott Law Group as counsel for the DIPs.  The anticipated monthly budget for fees and costs of The Scott Law Group for the next six months is as follows:

| April 2026 | $2,500 |
| May 2026 | $2,500 |
| June 2026 | $5,000 |
| July 2026 | $2,500 |
| August 2026 | $1,000 |
| September 202 | $0.00 |

5.      The DIP will be filing the following additional applications to employ:

a.      Gaslin Accounting CPAs, PC ("Gaslin") as accountant for the DIPs, to prepare tax returns.  The anticipated monthly budget for fees and costs of Gaslin has not yet been determined and will be addressed in the application to employ when filed.

DATED this 15th day of April, 2026.

THE SCOTT LAW GROUP


By:  /s/ Loren S. Scott
      Loren S. Scott, OSB # 024502
      Of Attorneys for Debtors in Possession

DEBTOR'S SUBMISSION PURSUANT TO ORDER SETTING        Page 2 of 2
CASE MANAGEMENT CONFERENCE (Doc. #24)



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

**Two-Year Comparison Worksheet**

**2024**

| Name(s) as shown on return | | | Social security number |
|---|---|---|---|
| GARY & STACI L. CROSSAN | | | ███ -1753 |

| 2023 Filing Status **MARRIED FILING JOINT** | | 2024 Filing Status **MARRIED FILING JOINT** | |
|---|---|---|---|
| 2023 Tax Bracket **0.0%** | | 2024 Tax Bracket **0.0%** | |

| Description | Tax Year 2023 | Tax Year 2024 | Increase (Decrease) |
|---|---|---|---|
| WAGES, SALARIES, AND TIPS | 16,802. | 0. | -16,802. |
| SCHEDULE D (CAPITAL GAIN/LOSS) | 70,773. | 0. | -70,773. |
| SCHEDULE E (RENTAL AND PASSTHROUGH) | -90,588. | 0. | 90,588. |
| TOTAL INCOME | -3,013. | 0. | 3,013. |
| | | | |
| ADJUSTED GROSS INCOME | -3,013. | 0. | 3,013. |
| | | | |
| STANDARD DEDUCTION | 27,700. | 29,200. | 1,500. |
| TOTAL DEDUCTIONS | 27,700. | 29,200. | 1,500. |
| TAXABLE INCOME | 0. | 0. | 0. |
| | | | |
| OREGON STATE RETURN | | | |
| PAYMENTS | 751. | 0. | -751. |
| REFUNDABLE CREDITS | 210. | 0. | -210. |
| AMOUNT REFUNDED | 961. | 0. | -961. |

426301
04-01-24    Exhibit 1

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 15, 2026, the foregoing **DEBTORS' SUBMISSION PURSUANT TO ORDER SETTING CASE MANAGEMENT CONFERENCE (Doc. #24)** was served on the following:

☐  Via First Class Mail to:

☐  Via Facsimile to:

☐  Via E-mail to:

☒  Via ECF to: **ECF Participants**

DATED:  April 15, 2026

 

                                       /s/ Loren S. Scott

                                       Loren S. Scott, OSB# 024502



2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004

**www.scott-law-group.com**