Loren S. Scott, OSB #024502
lscott@scott-law-group.com
SCOTT LAW GROUP LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Gary Andrew Crossan<br>and Staci Lynn Crossan,<br><br>            Debtors. | Case No. 26-60375-pcm12<br><br>**DEBTORS' LIST OF WITNESSES FOR HEARING ON CONFIRMATION OF CHAPTER 12 PLAN**<br><br>**Hearing Date: June 24, 2026**<br>**Hearing Time: 1:30 PM** |

Gary Andrew Crossan and Staci Lynn Crossan intend to call the following witnesses at the hearing on confirmation of Chapter 12 Plan to be held on June 24, 2026 at 1:30 pm:

1. Gary Crossan
   29930 Bartels Creek Dr.
   Lebanon, OR 97355
   541-936-0001

DATED this 17th day of June 2026.

SCOTT LAW GROUP, LLP

By:   /s/ Loren S. Scott
      Loren S. Scott, OSB #024502
      *Attorney for Debtors*

**DEBTORS' LIST OF WITNESSES**



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JUNE 17, 2026, THE FOREGOING **DEBTORS' LIST OF WITNESSES FOR HEARING ON CONFIRMATION OF CHAPTER 12 PLAN** WAS SERVED ON THE FOLLOWING:

☐ Via First Class Mail to:

☐ Via Facsimile to:

☒ **Via ECF Notification to:**

| | |
|---|---|
| JESSE A BAKER | ecforb@aldridgepite.com, JPB@ecf.inforuptcy.com; jbaker@aldridgepite.com |
| Virginia Andrews Burdette | vab@andrewsburdette.com, ta@andrewsburdette.com; waseecf@trustee13.com |
| BRADLEY S COPELAND | bcopeland@arnoldgallagher.com, bdavis@arnoldgallagher.com |
| JUSTIN D LEONARD | Justin.Leonard@doj.oregon.gov, OR_DOJ_ECFNotices@doj.oregon.gov |
| ALEC S. MARLEGA | amarlega@arnoldgallagher.com |
| SHEILA R. SCHWAGER | sschwager@hawleytroxell.com, thummel@hawleytroxell.com |
| LOREN S SCOTT | ecf@scott-law-group.com |
| NATHAN FREDERICK JONES SMITH | nathan@mclaw.org, OR_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com |
| PATRICK L STEVENS | pstevens@eugene-law.com, lluttmer@eugenelaw.com, ncheever@eugenelaw.com, aprice@eugenelaw.com |
| US Trustee, Eugene | USTPRegion18.EG.ECF@usdoj.gov |

☐ Via E-mail to:

DATED: June 17, 2026

/s/ Loren S. Scott
Loren S. Scott, OSB# 024502

**CERTIFICATE OF SERVICE**          Page 1 of 1



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004

www.scott-law-group.com