06/24/2026                                                                                          Judge  Peter C McKittrick

01:30 26-60375-pcm12          Gary Andrew Crossan - db (Present)     LOREN S SCOTT
                              Staci Lynn Crossan -jtdb              LOREN S SCOTT

                              State of Oregon -cr                   JUSTIN LEONARD
                              Equity Trust Company - cr             BRADLEY COPELAND

                              Virginia Andrews Burdette -tr

**Matter: Confirmation Hearing**

Summary of Proceedings

Witness sworn and examined: Gary Crossan

Exhibits offered and admitted as set forth on the record.

Subject to the conditions discussed on the record, the Court will confirm the Debtor's Chapter 12 plan. Mr. Scott to circulate a proposed OCP to parties prior to uploading for the Court's signature. The OCP may be uploaded once service issues are resolved and the 2024 tax returns are filed.

The Court finds good cause to extend the 45-day requirement to confirm a plan based on the fact that additional service is needed for the creditors mentioned on the record and the 2024 tax returns need to be filed.

Status hearing August 3, 2026 at 1:30 p.m. by video.

Visit www.orb.uscourts.gov/video-hearings for connection information.

Order to be prepared by: _____ Clerk's Office        _____ Chambers        Other:

Minute Order: